**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1925**

---

JUDITH E. CALDWELL, M.D.,

Plaintiff - Appellant,

versus

SOUTH CAROLINA STATE BOARD OF MEDICAL EXAMINERS,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CA-95-3260-3-19BC)

---

Submitted: November 21, 1996      Decided: December 3, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Judith E. Caldwell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her motion for reconsideration of the denial of relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Caldwell v. South Carolina State Board of Medical Examiners</u>, No. CA-95-3260-3-19BC (D.S.C. June 14, 1996). Further, we deny her motion to transfer to an appropriate venue. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>